**FILED**

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0742

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0742

| | |
|---|---|
| LITTLE BIG WARM RANCH, LLC, and MARK FRENCH *Plaintiffs and Appellants,*<br><br>v.<br><br>WILFRED DOLL, *Defendant, Appellee and Cross-Appellant,*<br><br>BRIAN ROBINSON, *Defendant.* | **ORDER GRANTING EXTENSION TO FILE RESPONSE AND CROSS-MOTION OPENING BRIEF** |

Pursuant to the authority granted under M.R.App.P. 26(1), Appellee and

Cross Appellant Willie Doll is granted an extension of time until June 5, 2023 to

prepare, file and serve Appellee's combined response and cross-appeal brief.

Dated this day of _____, 2023.

_____
Bowen Greenwood
Clerk of the Supreme Court

Cc: Monica Tranel, Ross Miller, Hertha Lund, Ben Stormes

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 20 2023